**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-61041-CIV-DIMITROULEAS**

COTTAGE INTERNATIONAL,
DEVELOPMENT GROUP, LLC,

Plaintiff,

vs.

BUENA VISTA CORPORATION;
ROHAN KULDIP; WILLIAM J. SCHWARTZ;
et al.,

Defendants.
_______________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Final Default Judgment Against Rohan Kuldip (the "Motion") [DE 44], filed herein on August 20, 2013. The Court has carefully considered the Motion [DE 44] and is otherwise fully advised in the premises.

On June 5, 2013, Plaintiff served Defendant Rohan Kuldip with a Summons. *See* [DE 16]. Defendant Rohan Kuldip was required to answer on or before June 19, 2013, but failed to do so. Plaintiff obtained a Clerk's Entry of Default [DE 30] on July 15, 2013. On August 20, 2013, Plaintiff filed the instant Motion [DE 44]. On August 21, 2013, the Court issued an Order to Show Cause [DE 45], requiring Defendant Rohan Kuldip to show cause on or before September 7, 2013, why the Motion [DE 44] should not be granted. The Court warned that a failure to timely respond will result in the immediate entry of a default judgment against Defendant Rohan Kuldip for an amount of $1,029,151.36, plus taxable costs of $225.00. Defendant Rohan Kuldip did not respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 44] is **GRANTED**;

2. The Court will enter a separate final judgment pursuant to Federal Rule of Civil Procedure 58(a) at the close of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of September, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Rohan Kuldip
619 North Pine Hills Road
Orlando, FL 33301