UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61041-CIV-DIMITROULEAS/Snow

COTTAGE INTERNATIONAL DEVELOPMENT GROUP, LLC,

Plaintiff,

v.

BUENA VISTA CORPORATION, ROHAN KULDIP, WILLIAM J. SCHWARTZ, SHAM MAHARAJ, GREGG J. POMEROY & ASSOCIATES, P.A., GREGG J. POMEROY, ALAN B. TAYLOR & ASSOCIATES, P.A., and ALAN B.TAYLOR,

Defendants.
_______________________________________/

**ORDER TO RESPOND**

THIS CAUSE is before the Court on Defendants, Buena Vista Corporation, Sham Maharaj, and William Schwartz' Motion to Compel Production from Non-Party (ECF No. 76), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before May 20, 2014, non-party, Mark Brown shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar. The failure to file a response to the motion may result in its being granted by default.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of May, 2014.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record

Mark Brown (via U.S. Mail)
225 West Seaview Ave.
Linwood, NJ 08221