**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-61041-CIV-DIMITROULEAS**

COTTAGE INTERNATIONAL,
DEVELOPMENT GROUP, LLC,

Plaintiff,

vs.

BUENA VISTA CORPORATION;
ROHAN KULDIP; WILLIAM J. SCHWARTZ;
SHAM MAJARAJ; GREGG J. POMEROY &
ASSOCIATES, P.A.; GREGG J. POMEROY;
ALAN B. TAYLOR & ASSOCIATES, P.A.; and
ALAN B. TAYLOR,

Defendants.
_______________________________________/

**ORDER APPROVING SUBSTITUTION OF COUNSEL**

THIS CAUSE is before the Court upon the Stipulation for Substitution of Counsel (the "Stipulation") [DE 75], filed herein on May 6, 2014. The Court has carefully considered the Stipulation [DE 75] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 75] is **APPROVED**;
2. Lubell Rosen is hereby designated as counsel of record for Plaintiff Cottage International Development Group, LLC; and
3. GrayRobinson, P.A. is no longer counsel of record for Plaintiff and is hereby relieved of all further responsibility in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of May, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record