UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61041-CIV-DIMITROULEAS/Snow

COTTAGE INTERNATIONAL
DEVELOPMENT GROUP, LLC,

Plaintiff,

v.

BUENA VISTA CORPORATION,
ROHAN KULDIP, WILLIAM J. SCHWARTZ,
SHAM MAHARAJ, GREGG J. POMEROY &
ASSOCIATES, P.A., GREGG J. POMEROY,
ALAN B. TAYLOR & ASSOCIATES, P.A.,
and ALAN B. TAYLOR,

Defendants.
_______________________________/

**EXPEDITED ORDER TO RESPOND**

THIS CAUSE is before the Court on the Defendants, Buena Vista Corporation, Sham Maharaj, and William Schwartz' Motion to Quash Subpoenas and Motion for Protective Order (ECF No. 96), which was referred to United States Magistrate Judge Lurana S. Snow.

Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before June 13, 2014, the Plaintiff shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of June, 2014.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record