**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-61041-CIV-DIMITROULEAS**

COTTAGE INTERNATIONAL,
DEVELOPMENT GROUP, LLC,

Plaintiff,

vs.

BUENA VISTA CORPORATION;
ROHAN KULDIP; WILLIAM J. SCHWARTZ;
SHAM MAJARAJ; GREGG J. POMEROY &
ASSOCIATES, P.A.; GREGG J. POMEROY;
ALAN B. TAYLOR & ASSOCIATES, P.A.; and
ALAN B. TAYLOR,

Defendants.
_______________________________________/

**ORDER REQUIRING EXPEDITED RESPONSE**

THIS CAUSE is before the Court on Plaintiff's Motion for Limited Extension of Discovery (the "Motion") [DE 106], filed herein on June 25, 2014. The Court has carefully considered the Motion [DE 106] and is otherwise fully advised in the premises.

Plaintiff indicates that certain Defendants oppose the requested relief.

Accordingly, it is **ORDERED AND ADJUDGED** that the opposing Defendants shall file a response to the Motion [DE 106] on or before July 7, 2014.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record