UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61041-CIV-DIMITROULEAS/Snow

COTTAGE GROUP INTERNATIONAL DEVELOPMENT GROUP, LLC,

Plaintiff,

v.

BUENA VISTA CORPORATION, ROHAN KULDIP, WILLIAM J. SCHWARTZ, SHAM MAHARAJ, GREGG J. POMEROY & ASSOCIATES, P.A., GREGG J. POMEROY, ALAN B. TAYLOR & ASSOCIATES, P.A., and ALAN B. TAYLOR,

Defendants.
_______________________________________/

**ORDER**

THIS CAUSE is before the Court *sua sponte*. On July 10, 2014, the undersigned granted Defendants' Motion to Compel Continued Deposition of Non-Party, Trump Plaza Associates ("Trump") by default. (ECF No. 135) On July 15, 2014, the undersigned received in chambers the attached letter from Trump advising that the Court's Order to Respond was sent to an old address, and requesting that the Court accept the letter as Trump's out of time response to the motion.

Being fully advised, it is hereby

ORDERED AND ADJUDGED that if Trump would like the Court to reconsider its prior Order granting the Defendants' motion by default, it must file a motion in the public record in accordance with the applicable rules, including the Local Rules of the Southern District of Florida, after first obtaining permission to do so if its counsel is not admitted to practice in this District.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of July, 2014.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record and Pro Se Parties

John M. Donnelly, Esquire (Via U.S. Mail)
Attorney for Trump Plaza Associates
1000 Boardwalk
Atlantic City, NJ 08401

**DONNELLY CLARK** attorneys at law

Donnelly & Clark, a professional LLC

**JOHN M. DONNELLY**
jdonnelly@donnellyclark.com
609-347-1199

July 14, 2014

**VIA UPS-Next Day Air**
Honorable United States Magistrate Judge Lurana S. Snow
299 East Broward Boulevard, Room 204
Fort Lauderdale, Florida 33301

RE: Cottage International Development Group, LLC v. Buena Vista Corporation, et al.

Dear Magistrate Snow:

Please be advised that this firm represents Trump Plaza Associates, LLC ("Trump") and Bob Gordon, who, as representative of Trump, appeared at a video taped deposition regarding the above held on or about June 2, 2014.

We now understand that a Motion to Compel the reappearance of a Trump witness was filed by Defendants. For unknown reasons, that Motion was sent to my former law firm, Levine Staller, and I did not receive it until Plaintiff forwarded it to me on this date.

I learned of the Motion last week when I received the Court's attached Notice which was also sent to my previous address.

I do not know why my correct address was not used as that has been my address since April of 2013. We therefore request that you consider this out of time opposition.

My clients are not parties to the suit. Trump did produce a witness at the last deposition which Defendants attended. That witness had made diligent inquiries prior to appearing. Defendant made no objection to the scope of the responses at the deposition of the witness. The sale of the Trump Plaza was handled by a broker, John Knott, who was also deposed.

Trump is not in strong financial health and consequently continuing depositions are a burden. On this date, WARN Notices were sent to its employees noting that operations may be terminated on or shortly after September 16, 2014.

For the foregoing reasons, we respectfully request that the motion be denied. If it is granted, we respectfully request it be granted under the following conditions:

1. Venue is Atlantic City, New Jersey.
2. An outline of questions be provided one week in advance.
3. The witness be compensated for his/her time.
4. Reasonable attorney fees be allowed for the attorney defending the deponent.

Thank you for your consideration.

Respectfully submitted,

John M. Donnelly

JMD/lat

Cc: Attached Service List

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document is being served ~~this~~ the ~~14~~ 15th day of July, 2014 on all counsel of record identified below via email.

John M. Donnelly

Marshall A. Adams, Esq.
maa@lubellrosen.com
Lubell Rosen
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301
*Attorney for Plaintiff, Cottage International Development Group, LLC*

Jason Slatkin, Esq.
jslatkin@slatkinreynolds.com
Slatkin & Reynolds, P.A.
1 E. Broward Blvd., Suite 609
Fort Lauderdale, FL 33301
*Attorney for Defendants, Gregg J. Pomeroy and Gregg J. Pomeroy & Associates, P.A.*

Steven Fender, Esq.
Steven.fender@gmlaw.com
Greenspoon Marder
250 South Australian Avenue
Suite 700
West Palm Beach FL 33401
*Attorney for Defendant, Alan B. Taylor and Alan B. Taylor & Associates, P.A.*

Mark D. Nichols, Esq.
mnichols@polenbergcooper.com
Polenberg, Cooper, Saunders & Riesberg, PL
1351 Sawgrass Corporate Pkwy, Suite 101
Fort Lauderdale, FL 33323
*Attorney for Defendants Buena Vista Corporation, Sham Maharaj and William Schwartz*